AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District Eastern Division |
|---|---|---|
| DOCKET NO.<br>26cv12170 | DATE FILED<br>10/5/2026 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| William Vanderdasson | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. BRUTON | NF | 10/6/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-497**
**Effective Date of Registration:**
September 26, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Snowman with Tophat

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** June 26, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** William Vanderdasson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** William Vanderdasson
242 Greenridge Drive, Lake Oswego, OR, 97035, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** September 26, 2025
**Applicant's Tracking Number:** WV2025092609

